**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>NEXTCARD, INC.<br>a/k/a Internet Access Financial Corp<br>Debtor. | CHAPTER 7<br>Case No. 02-13376/KJC |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $304,332.96 is reasonable compensation for the services in this case by Alfred T. Giuliano, Chapter 7 Trustee, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $5,011.45 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
**HONORABLE KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**