## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: NEXTCARD, INC. § Case No. 02-13376-KJC
     a/k/a Internet Access Financial Corp §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    824 Market Street, 3rd Floor
    Wilmington, DE 19801

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:15 on 09/20/2011 in Courtroom 5, United States Courthouse,
824 Market Street, 5th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2011     By: /s/Alfred T. Giuliano
                                                   Trustee

Alfred T. Giuliano
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091
(856) 767-3000

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: NEXTCARD, INC. § Case No. 02-13376-KJC
a/k/a Internet Access Financial Corp §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,370,895.52 |
| *and approved disbursements of* | $ 5,911,985.36 |
| *leaving a balance on hand of* [1] | $ 3,458,910.16 |
| **Balance on hand:** | $ 3,458,910.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11S | Marlin Leasing Corporation | 1,500.00 | 0.00 | 0.00 | 0.00 |
| 83S | Alameda County Tax Collector | 32.79 | 0.00 | 0.00 | 0.00 |
| 113S | Bank Ameraccount Plan | 1,890,000.00 | 0.00 | 0.00 | 0.00 |
| 114S | Wyoming Retirement System | 970,000.00 | 0.00 | 0.00 | 0.00 |
| 115S | BJC Master Pension Trust | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 116S | North Dakota State Investment Board-Workers Comp | 750,000.00 | 0.00 | 0.00 | 0.00 |
| 117S | ICI Mutual Insurance Company Investment Acct. | 310,000.00 | 0.00 | 0.00 | 0.00 |
| 118S | DC Police, Frefghtrs, Teachers & Judges' Retmnt Fnds | 750,000.00 | 0.00 | 0.00 | 0.00 |
| 119S | The Diocese Of Rockville Centre Lay Pension Plan | 210,000.00 | 0.00 | 0.00 | 0.00 |
| 120S | Virginia Higher Education Tuition Trust Fund | 320,000.00 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 121S | San Francisco Foundation-Core Duration Fund Income Portfolio | 270,000.00 | 0.00 | 0.00 | 0.00 |
| 122S | Bell Atlantic Master Trust | 2,460,000.00 | 0.00 | 0.00 | 0.00 |
| 123S | Dupont Savings Investment Plan | 1,280,000.00 | 0.00 | 0.00 | 0.00 |
| 124S | Western Asset Core Plus Portfolio | 2,050,000.00 | 0.00 | 0.00 | 0.00 |
| 125S | Thrift Plan for Employees of Conoco, Inc. | 130,000.00 | 0.00 | 0.00 | 0.00 |
| 126S | Diversified Asset Securitization Holdings II, LP | 3,850,000.00 | 0.00 | 0.00 | 0.00 |
| 127S | Pasadena CDO Ltd. | 11,550,000.00 | 0.00 | 0.00 | 0.00 |
| 128S | Alltel Corporation Master Trust | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 129S | New Jersey Transit Master Retirement Trust | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 130S | Laborers' Annuity & Benefit Fund of Chicago | 260,000.00 | 0.00 | 0.00 | 0.00 |
| 131S | Western Asset Global Fixed Income Portfolio N.V. | 270,000.00 | 0.00 | 0.00 | 0.00 |
| 132S | Fire & Police Pension Asso. of the State of Colorado | 410,000.00 | 0.00 | 0.00 | 0.00 |
| 133S | ICIM Reinsurance Company Investment Acct. | 60,000.00 | 0.00 | 0.00 | 0.00 |
| 134S | Brd of Trustees-St. of Indiana Public Employees' Ret. Fund | 900,000.00 | 0.00 | 0.00 | 0.00 |
| 135S | Levi Strauss Master Trust | 350,000.00 | 0.00 | 0.00 | 0.00 |
| 136S | Alcon Laboratories Employees' Defined Contribution Plan | 320,000.00 | 0.00 | 0.00 | 0.00 |
| 137S | General Motors Employees Global Group Pension Trust | 580,000.00 | 0.00 | 0.00 | 0.00 |
| 138S | Monetary Authority of Singapore | 580,000.00 | 0.00 | 0.00 | 0.00 |
| 139S | Washington College Fixed Income Endowment Acct. | 60,000.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 140S | Bill & Melinda Gates Foundation | 1,190,000.00 | 0.00 | 0.00 | 0.00 |
| 141S | Midwest Operating Engineers Welfare Fund Core Plus Portfolio | 100,000.00 | 0.00 | 0.00 | 0.00 |
| 142S | PECO Energy Company Master Trustq | 320,000.00 | 0.00 | 0.00 | 0.00 |
| 143S | Massachusetts Bay Transportation Auth. Retirement Fund Acct. | 210,000.00 | 0.00 | 0.00 | 0.00 |
| 144S | Oregon State Common School Fund | 260,000.00 | 0.00 | 0.00 | 0.00 |
| 145S | Oregon State Accident Insurance Fund | 2,110,000.00 | 0.00 | 0.00 | 0.00 |
| 146S | United Food & Comm. Worker Int'l Union-Industry Pension Fund | 760,000.00 | 0.00 | 0.00 | 0.00 |
| 147S | Brd of Trustees-Houston Municipal Employees' Pension System | 140,000.00 | 0.00 | 0.00 | 0.00 |
| 148S | The Regents of the Univ of Colorado Treasury Pool Segment 2 | 130,000.00 | 0.00 | 0.00 | 0.00 |
| 149S | Utah State Retirement Board | 2,010,000.00 | 0.00 | 0.00 | 0.00 |
| 150S | Gen Pension Fund- Intl Union of Oper Engineers/Part Employer | 740,000.00 | 0.00 | 0.00 | 0.00 |
| 151S | Commonfund Institutional Funds Core Plus Bond Fund | 240,000.00 | 0.00 | 0.00 | 0.00 |
| 152S | Pension-Retirement Plan of the Pittston Co. & Subsidiaries | 110,000.00 | 0.00 | 0.00 | 0.00 |
| 176S | General Electric Capital Corporation | 42,445.91 | 0.00 | 0.00 | 0.00 |
| 177S | General Electric Capital Corporation | 50,226.78 | 0.00 | 0.00 | 0.00 |
| 178S | General Electric Capital Corporation | 1,684.84 | 0.00 | 0.00 | 0.00 |
| 183S | Paul Fried | 13,615.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 184S | Terry Taylor | 40,241.50 | 0.00 | 0.00 | 0.00 |
| 200S | Douglas Schwartz | 2,221.95 | 0.00 | 0.00 | 0.00 |
| 203S | Phyllis Hollander | 1,969.50 | 0.00 | 0.00 | 0.00 |
| SILICON | Silicon Valley Bank | 811,777.85 | 811,777.85 | 811,777.85 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,458,910.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Alfred T. Giuliano, Chapter 7 Trustee | 304,332.96 | 0.00 | 304,332.96 |
| Trustee, Expenses - Alfred T. Giuliano, Chapter 7 Trustee | 5,011.45 | 0.00 | 5,011.45 |
| Attorney for Trustee, Fees - Cozen O'Connor | 2,037,066.80 | 1,979,617.30 | 57,449.50 |
| Attorney for Trustee, Expenses - Cozen O'Connor | 298,261.32 | 291,100.36 | 7,160.96 |
| Accountant for Trustee, Fees - Giuliano, Miller & Company LLC | 430,643.75 | 411,708.25 | 18,935.50 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Company LLC | 15,885.78 | 15,708.38 | 177.40 |
| Auctioneer Fees - Dove Brothers, LLC | 10,000.00 | 10,000.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 150.00 | 0.00 | 150.00 |
| Fees, United States Trustee | 7,500.00 | 0.00 | 7,500.00 |
| Other Fees: American Arbitration Association | 123,476.58 | 123,476.58 | 0.00 |
| Other Expenses: ADP, Inc. | 232.42 | 232.42 | 0.00 |
| Attorney for Trustee Fees - McDermott Will & Emery | 5,820.50 | 5,820.50 | 0.00 |
| Attorney for Trustee Fees - Rosen, Bien and Asaro, LLP | 110,347.52 | 94,218.62 | 16,128.90 |
| Attorney for Trustee Fees - Van Pelt, Yi & James LLP | 80,687.50 | 80,687.50 | 0.00 |
| Attorney for Trustee Expenses - Ikon Office Solutions | 2,200.56 | 2,200.56 | 0.00 |
| Attorney for Trustee Expenses - McDermott Will & Emery | 1,527.55 | 1,527.55 | 0.00 |
| Attorney for Trustee Expenses - Rosen, Bien and Asaro, LLP | 4,465.79 | 4,457.95 | 7.84 |
| Attorney for Trustee Expenses - Van Pelt, Yi & James LLP | 25,903.15 | 25,903.15 | 0.00 |
| Accountant for Trustee, Fees - Kemper CPA Group LLP | 12,211.00 | 12,211.00 | 0.00 |
| Accountant for Trustee, Fees - Nihill & Riedley, P.C. | 157,042.50 | 157,042.50 | 0.00 |
| Accountant for Trustee, Fees - Smart Business Advisory and Consulting, LLC | 550,335.50 | 550,335.50 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Accountant for Trustee, Expenses - Kemper CPA Group LLP | 198.57 | 198.57 | 0.00 |
| Accountant for Trustee, Expenses - Nihill & Riedley, P.C. | 3,511.18 | 3,511.18 | 0.00 |
| Accountant for Trustee, Expenses - Smart Business Advisory and Consulting, LLC | 22,478.23 | 22,478.23 | 0.00 |
| Other Fees: Auriemma Consulting Group, Inc. | 189,150.00 | 189,150.00 | 0.00 |
| Other Fees: Esquire Deposition Services | 32,027.35 | 32,027.35 | 0.00 |
| Other Fees: JAMS, Inc. | 2,750.00 | 2,750.00 | 0.00 |
| Other Fees: London Legal Video | 2,642.87 | 2,642.87 | 0.00 |
| Other Fees: Matheson Ormsby Prentice | 37,682.36 | 37,682.36 | 0.00 |
| Other Fees: Precision Trial Solutions | 44,887.50 | 44,887.50 | 0.00 |
| Other Fees: Robert Linderman | 128,567.77 | 128,567.77 | 0.00 |
| Other Expenses: AT&T Wireless | 1,701.40 | 1,701.40 | 0.00 |
| Other Expenses: American Arbitration Association | 17,650.00 | 17,650.00 | 0.00 |
| Other Expenses: Archive Solutions | 4,532.68 | 4,532.68 | 0.00 |
| Other Expenses: Auriemma Consulting Group, Inc. | 7,977.51 | 7,977.51 | 0.00 |
| Other Expenses: Berlin Storage Warehouse | 142,157.24 | 142,157.24 | 0.00 |
| Other Expenses: Bruce Rigione | 1,271.48 | 1,271.48 | 0.00 |
| Other Expenses: Copy Central | 778.51 | 778.51 | 0.00 |
| Other Expenses: Delaware Claims Agency, LLC | 54,897.44 | 54,897.44 | 0.00 |
| Other Expenses: Delaware Secretary of State | 3,271.91 | 3,271.91 | 0.00 |
| Other Expenses: Dermot Gately | 7,050.00 | 7,050.00 | 0.00 |
| Other Expenses: Dublin Self Storage | 575.00 | 575.00 | 0.00 |
| Other Expenses: EMC Corporation | 2,441.25 | 2,441.25 | 0.00 |
| Other Expenses: Elcaro Technologies, Inc. | 3,600.00 | 3,600.00 | 0.00 |
| Other Expenses: Eric French | 480.00 | 480.00 | 0.00 |
| Other Expenses: FREIGHTQUOTE.COM | 2,842.05 | 2,842.05 | 0.00 |
| Other Expenses: Franchise Tax Board | 2,585.00 | 2,585.00 | 0.00 |
| Other Expenses: Hill Archive | 2,950.20 | 2,950.20 | 0.00 |
| Other Expenses: International Sureties, LTD | 31,408.49 | 31,408.49 | 0.00 |
| Other Expenses: Leslie Tanimura | 1,025.00 | 1,025.00 | 0.00 |
| Other Expenses: Market & Second, Inc. | 85,100.59 | 85,100.59 | 0.00 |
| Other Expenses: Matheson Ormsby Prentice | 16,890.64 | 4,317.64 | 12,573.00 |
| Other Expenses: Mayflower Transit | 870.75 | 870.75 | 0.00 |

| | | | |
|---|---:|---:|---:|
| Other Expenses: Myriad Networks, LLC | 18,600.00 | 18,600.00 | 0.00 |
| Other Expenses: Precision Trial Solutions | 935.00 | 935.00 | 0.00 |
| Other Expenses: Recovery Services Incorporated | 47,432.62 | 47,432.62 | 0.00 |
| Other Expenses: Reliable Copy Services, Inc. | 453.95 | 453.95 | 0.00 |
| Other Expenses: Robert Linderman | 10,200.45 | 10,200.45 | 0.00 |
| Other Expenses: Soma Digital | 3,200.00 | 3,200.00 | 0.00 |

    Total to be paid for chapter 7 administration expenses:   $   429,427.51
    Remaining balance:   $   3,029,482.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Fees: Gibson, Dunn & Crutcher LLP | 324,669.84 | 324,669.84 | 0.00 |
| Other Expenses: Avaya fka Lucent Technologies | 13,600.42 | 0.00 | 13,600.42 |
| Other Fees: Kemper CPA Group LLP | 2,839.50 | 2,839.50 | 0.00 |
| Other Fees: Rosen, Bien and Asaro, LLP | 13,715.50 | 13,715.50 | 0.00 |
| Other Fees: Sidley Austin Brown & Wood LLP | 0.00 | 0.00 | 0.00 |
| Other Fees: Young Conaway Stargatt & Taylor, LLP | 66,336.78 | 0.00 | 66,336.78 |
| Other Expenses: Delaware Claims Agency, LLC | 2,376.18 | 2,376.18 | 0.00 |
| Other Expenses: Dermot Gately | 13,145.98 | 13,145.98 | 0.00 |
| Other Expenses: Eric Logsdon | 3,106.90 | 3,106.90 | 0.00 |
| Other Expenses: Fragomen, Del Rey, Bernsen & Loewy P.C. | 282.00 | 0.00 | 282.00 |
| Other Expenses: Gibson, Dunn & Crutcher LLP | 24,017.44 | 24,017.44 | 0.00 |
| Other Expenses: Innisfree M&A, Inc. | 16,000.60 | 0.00 | 16,000.60 |
| Other Expenses: JP Morgan Chase Bank | 3,243.51 | 3,243.51 | 0.00 |
| Other Expenses: Kathryn Mahan | 2,898.39 | 2,898.39 | 0.00 |
| Other Expenses: Kemper CPA Group LLP | 6.29 | 6.29 | 0.00 |
| Other Expenses: Khette S. Plyler | 2,584.32 | 2,584.32 | 0.00 |
| Other Expenses: Market & Second, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Robert Linderman | 16,648.98 | 16,648.98 | 0.00 |
| Other Expenses: Rosen, Bien and Asaro, LLP | 504.57 | 504.57 | 0.00 |
| Other Expenses: Sidley Austin Brown & Wood LLP | 0.00 | 0.00 | 0.00 |
| Other Expenses: The Wynnewood Group LLC t/a SK Advertising, LLC | 15,413.89 | 0.00 | 15,413.89 |

| | | | | |
|---|---|---:|---:|---:|
| Other Expenses: Young Conaway Stargatt & Taylor, LLP | | 17,153.64 | 0.00 | 17,153.64 |
| | Total to be paid for prior chapter administrative expenses: | | $ | 128,787.33 |
| | Remaining balance: | | $ | 2,900,695.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $300,081,113.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 28 | Ralph C. Schmidt | 0.00 | 0.00 | 0.00 |
| 33P | North County Vending, Inc. | 0.00 | 0.00 | 0.00 |
| 44 | James A. Huseth | 0.00 | 0.00 | 0.00 |
| 48 | Cory Fehling | 0.00 | 0.00 | 0.00 |
| 73 | Johnny & Linda Cheung | 0.00 | 0.00 | 0.00 |
| 82 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 96 | Nathaniel C. & Betty Moseley | 0.00 | 0.00 | 0.00 |
| 156P | Drue A. Kendell | 0.00 | 0.00 | 0.00 |
| 175 | Kenneth Schneeweiss | 284.90 | 0.00 | 284.90 |
| 179 | FDIC as Receiver for NextBank, N.A. | 300,000,000.00 | 0.00 | 939,850.68 |
| 189 | State of Hawaii, Department of Taxation | 2,890.25 | 0.00 | 2,890.25 |
| 194 | Marisa De Moura | 0.00 | 0.00 | 0.00 |
| 197 | Donna M. Dooley | 0.00 | 0.00 | 0.00 |
| 199 | Rodger Ballati | 0.00 | 0.00 | 0.00 |
| 231P | Bruce Rigione | 0.00 | 0.00 | 0.00 |
| 232 | State of Delaware Dept. of Labor | 2.25 | 0.00 | 2.25 |
| 237 | Eric Logsdon | 0.00 | 0.00 | 0.00 |
| 238 | Douglas Wachtel | 0.00 | 0.00 | 0.00 |
| 259P | Employment Development Department | 17,590.36 | 0.00 | 17,590.36 |
| 260P | Employment Development Department | 0.00 | 0.00 | 0.00 |
| 260U | Employment Development Department | 0.00 | 0.00 | 0.00 |
| 261P | Internal Revenue Service | 60,146.17 | 0.00 | 60,146.17 |
| 266 | Ceridian Benefits Services | 200.00 | 0.00 | 200.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for priority claims: | $ | 1,020,964.61 |
|  | Remaining balance: | $ | 1,879,730.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,565,179.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1 | MCI WorldCom Network Services, Inc. and their affiliates | 11,313.69 | 0.00 | 3,821.34 |
| 2 | Avaya fka Lucent Technologies | 0.00 | 0.00 | 0.00 |
| 3 | Maritz Inc | 112,537.19 | 0.00 | 38,010.69 |
| 4 | Federal Express Corporation | 454.32 | 0.00 | 153.45 |
| 5 | IOS Capital | 91,745.46 | 0.00 | 30,988.05 |
| 6 | Konica Business Technologies | 44,964.30 | 0.00 | 15,187.19 |
| 7 | Broad Daylight, Inc. | 0.00 | 0.00 | 0.00 |
| 8 | Worldwide Express | 0.00 | 0.00 | 0.00 |
| 9 | Charter Systems, Inc. | 198,220.98 | 0.00 | 66,951.35 |
| 10 | Microsoft (Online Advertising) | 5,680.00 | 0.00 | 1,918.48 |
| 11U | Marlin Leasing Corporation | 0.00 | 0.00 | 0.00 |
| 12 | Brando Polak et al. | 0.00 | 0.00 | 0.00 |
| 13 | Pitney Bowes Credit Corporation | 2,841.08 | 0.00 | 959.61 |
| 14 | Iron Mountain, Inc. | 182.57 | 0.00 | 61.67 |
| 15 | Konica Business Technologies | 0.00 | 0.00 | 0.00 |
| 16 | Thomson Financial Corporate Group | 18,369.87 | 0.00 | 6,204.63 |
| 17 | USA.Net, Inc. | 0.00 | 0.00 | 0.00 |
| 18 | Buffaloe & Associates | 3,782.75 | 0.00 | 1,277.67 |
| 19 | Shareholder.com | 0.00 | 0.00 | 0.00 |
| 20 | Register.com | 7,000.00 | 0.00 | 2,364.33 |
| 21 | AT&T Corp. | 0.00 | 0.00 | 0.00 |
| 22 | Dean A. Rutter | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 23 | Websidestory, Inc. | 0.00 | 0.00 | 0.00 |
| 24 | HotJobs.com, Ltd. | 742.50 | 0.00 | 250.79 |
| 25 | Promotions.com, Inc. | 0.00 | 0.00 | 0.00 |
| 26 | Christopher Alan Morson | 0.00 | 0.00 | 0.00 |
| 27 | Engage Inc. | 47,063.17 | 0.00 | 15,896.11 |
| 29 | Jere D. Stabley | 0.00 | 0.00 | 0.00 |
| 30 | Pitney Bowes Credit Corporation | 7,533.33 | 0.00 | 2,544.47 |
| 31 | Xerox Corporation | 0.00 | 0.00 | 0.00 |
| 32 | Robin Allen | 0.00 | 0.00 | 0.00 |
| 34 | Netflix, Inc. | 1,690.00 | 0.00 | 570.82 |
| 35 | Luyen V. & Tuyet T. Pham | 0.00 | 0.00 | 0.00 |
| 36 | Jerome L. Ciral | 0.00 | 0.00 | 0.00 |
| 37 | G. Dennis & Diana L. Dye | 0.00 | 0.00 | 0.00 |
| 38 | Gregory Lee Ortega | 0.00 | 0.00 | 0.00 |
| 39 | Kenneth P. Adessa | 0.00 | 0.00 | 0.00 |
| 40 | Fiducie Desjardins Inc. ITF Stephane Garneau | 0.00 | 0.00 | 0.00 |
| 41 | Fiducie Desjardins ITF Fernande Couture-Parent | 0.00 | 0.00 | 0.00 |
| 42 | Incurrent Solutions Inc. | 2,750.00 | 0.00 | 928.84 |
| 43 | Paul G. Neal | 0.00 | 0.00 | 0.00 |
| 45 | Sony Music Entertainment, Inc. | 1,809.75 | 0.00 | 611.26 |
| 46 | Marcia Obsniuk | 0.00 | 0.00 | 0.00 |
| 47 | William Malpas | 0.00 | 0.00 | 0.00 |
| 49 | Jerry Bernhart | 325.00 | 0.00 | 109.77 |
| 50 | Kimberly Ragsdale | 0.00 | 0.00 | 0.00 |
| 51 | LAVA Group, Inc. | 0.00 | 0.00 | 0.00 |
| 52 | Grace Lee | 6,349.50 | 0.00 | 2,144.61 |
| 53 | Marino & Maurice, P.C. | 324.85 | 0.00 | 109.72 |
| 54 | Media Horizons Inc. | 0.00 | 0.00 | 0.00 |
| 55 | Wazir Hussan | 0.00 | 0.00 | 0.00 |
| 56 | Steadman Properties, Inc. | 0.00 | 0.00 | 0.00 |
| 57 | Richard M. Kauffman | 0.00 | 0.00 | 0.00 |
| 58 | Contrarian Funds, LLC | 217,308.85 | 0.00 | 73,398.49 |

| # | Name | | | |
|---|---|---|---|---|
| 59 | Annette Wiberly | 0.00 | 0.00 | 0.00 |
| 60 | Robert W. & Jacqueline S. Benson JTTEN | 0.00 | 0.00 | 0.00 |
| 61 | Jeffrey B. Jordan | 0.00 | 0.00 | 0.00 |
| 62 | Bruce Rigione | 0.00 | 0.00 | 0.00 |
| 63 | Rosen, Bien and Asaro, LLP | 4,180.50 | 0.00 | 1,412.01 |
| 64 | Eskanos & Adler, P.C. | 14,432.76 | 0.00 | 4,874.83 |
| 65 | John Colasurdo | 0.00 | 0.00 | 0.00 |
| 66 | Ralph J. & Kathleen Anderson | 0.00 | 0.00 | 0.00 |
| 67 | Rockaway Partners | 0.00 | 0.00 | 0.00 |
| 68 | Sanford Trontz | 0.00 | 0.00 | 0.00 |
| 69 | Erlinda Palac | 0.00 | 0.00 | 0.00 |
| 70 | The Weather Underground | 0.00 | 0.00 | 0.00 |
| 71 | Jerry Hall | 0.00 | 0.00 | 0.00 |
| 72 | Kay L. Chase Trust | 0.00 | 0.00 | 0.00 |
| 74 | Fidelity Investments Institutional Operations Co. | 6,027.25 | 0.00 | 2,035.77 |
| 75 | Donald Tang | 0.00 | 0.00 | 0.00 |
| 76 | Stuart D. Rizika | 0.00 | 0.00 | 0.00 |
| 77 | Donald Tang | 0.00 | 0.00 | 0.00 |
| 78 | Richard H. & Susan Lee Inouye | 0.00 | 0.00 | 0.00 |
| 79 | Phillip S. Glasgow. | 0.00 | 0.00 | 0.00 |
| 80 | Jack Capucci & Cindy Khemalaap | 0.00 | 0.00 | 0.00 |
| 81 | George & Elisabeth C. Poline | 0.00 | 0.00 | 0.00 |
| 84 | Avaya fka Lucent Technologies | 0.00 | 0.00 | 0.00 |
| 85 | Montgomery, McCracken, Walker & Rhoads, LLP | 1,422.50 | 0.00 | 480.47 |
| 86 | Michael L. Kerins | 0.00 | 0.00 | 0.00 |
| 87 | Daniel Springer | 0.00 | 0.00 | 0.00 |
| 88 | John & Sue Lemley | 0.00 | 0.00 | 0.00 |
| 89 | Antoinette M. Hiley | 0.00 | 0.00 | 0.00 |
| 90 | Liu Qing Yang | 0.00 | 0.00 | 0.00 |
| 91 | Richard Goebel | 0.00 | 0.00 | 0.00 |
| 92 | Mark Jahnke | 0.00 | 0.00 | 0.00 |
| 93 | Jeff Brody | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 94 | John Hashman | 0.00 | 0.00 | 0.00 |
| 95 | John Hashman | 0.00 | 0.00 | 0.00 |
| 97 | Gerald D. Lott, Jr. | 0.00 | 0.00 | 0.00 |
| 98 | Discovery On-Line | 11,300.96 | 0.00 | 3,817.03 |
| 99 | B-Line, L.L.C. | 51,807.00 | 0.00 | 17,498.39 |
| ASM | ASM Capital, L.P. | 0.00 | 0.00 | 0.00 |
| 100 | Daniel R. Eitingon | 0.00 | 0.00 | 0.00 |
| 101 | Jeremy Lent | 0.00 | 0.00 | 0.00 |
| 102 | Jack M. Antonini | 0.00 | 0.00 | 0.00 |
| 104 | Robert Linderman | 0.00 | 0.00 | 0.00 |
| 105 | Gwendolyn L. Reed | 0.00 | 0.00 | 0.00 |
| 106 | Michelle E. MacCarthy | 0.00 | 0.00 | 0.00 |
| 107 | Charles DiPrima | 0.00 | 0.00 | 0.00 |
| 108 | Samer Rihani | 0.00 | 0.00 | 0.00 |
| 109 | Anna A. & David E. Olsen | 0.00 | 0.00 | 0.00 |
| 110 | Safi U. Qureshey | 0.00 | 0.00 | 0.00 |
| 111 | Richard & Reitha Clark | 0.00 | 0.00 | 0.00 |
| 112 | Douglas Wachtel | 0.00 | 0.00 | 0.00 |
| 153 | Matt Wayne Puskarich | 0.00 | 0.00 | 0.00 |
| 154 | FairIsaac | 4,068.75 | 0.00 | 1,374.27 |
| 155 | Paul Fried | 0.00 | 0.00 | 0.00 |
| 157 | MP3.com, Inc. | 1,460.34 | 0.00 | 493.25 |
| 158 | Sheryl R & Charles F. Harrah | 0.00 | 0.00 | 0.00 |
| 159 | Oracle Corp. & Oracle Credit Corp. | 100.00 | 0.00 | 33.78 |
| 160 | Worldwide Asset Purchasing, LLC | 0.00 | 0.00 | 0.00 |
| 161 | iTrafficControl, LLC | 265,872.51 | 0.00 | 89,801.41 |
| 162 | Research in Motion Corporation | 194.85 | 0.00 | 65.81 |
| 163 | Alan D. Walton | 0.00 | 0.00 | 0.00 |
| 164 | Lumbermens Mutual Casualty Company | 2,215.50 | 0.00 | 748.31 |
| 165 | Amazon.Com, L.L.C. | 0.00 | 0.00 | 0.00 |
| 166 | Philip Mund, Ind & derivatively on behalf of NextCard | 0.00 | 0.00 | 0.00 |
| 167 | Molly Streat | 70,000.00 | 0.00 | 23,643.28 |
| 168 | Worldcom, Inc. and Subsidiaries | 12,549.92 | 0.00 | 4,238.88 |

| | | | | |
|---|---|---|---|---|
| 169 | Internap Network Services, Inc. | 3,880.80 | 0.00 | 1,310.78 |
| 170 | Phyllis Hollander | 0.00 | 0.00 | 0.00 |
| 171 | Yinzi Cai | 0.00 | 0.00 | 0.00 |
| 172 | Gabriel Khanlian | 0.00 | 0.00 | 0.00 |
| 173 | Wayne Kennedy | 0.00 | 0.00 | 0.00 |
| 174 | Marleen B. Tyre | 0.00 | 0.00 | 0.00 |
| 180 | Sara Louise Richardson | 0.00 | 0.00 | 0.00 |
| 181 | Ralph J. & Kathleen Anderson | 0.00 | 0.00 | 0.00 |
| 182 | Rockaway Partners | 0.00 | 0.00 | 0.00 |
| 185 | Ronald J. Prisco, P.A. | 0.00 | 0.00 | 0.00 |
| 186 | Ronald J. and Lisa A. Prisco | 0.00 | 0.00 | 0.00 |
| 187 | Jessie A. Shaffner | 0.00 | 0.00 | 0.00 |
| 188 | Diane Cunningham | 0.00 | 0.00 | 0.00 |
| 190 | Louis J. Tami | 0.00 | 0.00 | 0.00 |
| 191 | Liria Echarri | 0.00 | 0.00 | 0.00 |
| 192 | Mary Bolton | 0.00 | 0.00 | 0.00 |
| 193 | Tremayne Group | 8,333.00 | 0.00 | 2,814.56 |
| 195 | Evelyn Yeow-Taw & Lim L. Taw | 0.00 | 0.00 | 0.00 |
| 196 | Discovery On-Line | 0.00 | 0.00 | 0.00 |
| 201 | Bruce J. Jensen | 0.00 | 0.00 | 0.00 |
| 202 | Loann Jensen | 0.00 | 0.00 | 0.00 |
| 204 | Ardavan Dabir | 0.00 | 0.00 | 0.00 |
| 205 | Domonique Walker | 0.00 | 0.00 | 0.00 |
| 206 | Clayton J. Taylor | 0.00 | 0.00 | 0.00 |
| 207 | Felix Tam | 0.00 | 0.00 | 0.00 |
| 208 | Safi U. Qureshey | 0.00 | 0.00 | 0.00 |
| 209 | Jeff Shearer | 0.00 | 0.00 | 0.00 |
| 210 | Cleo M. Freese | 0.00 | 0.00 | 0.00 |
| 211 | Judson Terry Gambill | 0.00 | 0.00 | 0.00 |
| 212 | Jacksonville Police and Fire Pen Fnd & M. R. Andrews | 0.00 | 0.00 | 0.00 |
| 214 | Jacksonville Police/Fire Pen Fnd & M. R. Andrews | 0.00 | 0.00 | 0.00 |
| 215 | Shareholder.com | 2,665.00 | 0.00 | 900.13 |

| | | | | |
|---|---|---|---|---|
| 216 | Print, Inc. | 0.00 | 0.00 | 0.00 |
| 217 | Xerox Corporation | 25,969.59 | 0.00 | 8,771.52 |
| 218 | Robert Linderman | 0.00 | 0.00 | 0.00 |
| 219 | ASM Capital, L.P. | 5,070.13 | 0.00 | 1,712.49 |
| 220 | Broad Daylight, Inc. | 36,534.38 | 0.00 | 12,339.89 |
| 221 | Avaya fka Lucent Technologies | 70,332.12 | 0.00 | 23,755.46 |
| 222 | M. Richard Andrews | 0.00 | 0.00 | 0.00 |
| 223 | FairIssac | 0.00 | 0.00 | 0.00 |
| 224 | Ugo Networks Inc. | 8,465.60 | 0.00 | 2,859.35 |
| 226 | Konica Business Technologies | 404.44 | 0.00 | 136.60 |
| 228 | Phase2Media | 117,111.08 | 0.00 | 39,555.57 |
| 229 | Metropolitan Life Insurance Company | 7,535.33 | 0.00 | 2,545.14 |
| 230 | Qualex Consulting Services Inc. | 4,250.00 | 0.00 | 1,435.48 |
| 231U | Bruce Rigione | 0.00 | 0.00 | 0.00 |
| 233 | Fortunecity.com | 33,563.71 | 0.00 | 11,336.52 |
| 234 | BirlaSoft, Inc. | 17,017.00 | 0.00 | 5,747.68 |
| 239 | Standard Sheet Metal | 288.00 | 0.00 | 97.28 |
| 240 | Foundry Networks, Inc. | 17,985.00 | 0.00 | 6,074.63 |
| 241 | Taylor Made Leasing Company | 0.00 | 0.00 | 0.00 |
| 242 | Spherion Corporation | 1,500.00 | 0.00 | 506.64 |
| 243 | Janice and Rasquale Gentile | 0.00 | 0.00 | 0.00 |
| 244 | The Weather Underground | 1,153.00 | 0.00 | 389.44 |
| 245 | Cogent Communications | 6,579.00 | 0.00 | 2,222.13 |
| 247 | Contrarian Capital Trade Claims | 934,126.29 | 0.00 | 315,511.58 |
| 248 | Contrarian Capital Trade Claims | 0.00 | 0.00 | 0.00 |
| 249 | Alameda County Tax Collector | 35.14 | 0.00 | 11.87 |
| 250 | City and County of San Francisco | 28,385.93 | 0.00 | 9,587.66 |
| 251 | Taylor Made Leasing Company | 0.00 | 0.00 | 0.00 |
| 252 | The Weather Underground | 0.00 | 0.00 | 0.00 |
| 253 | Marlin Leasing Corporation | 2,309.67 | 0.00 | 780.12 |
| 256 | The WynneWood Group LLC | 0.00 | 0.00 | 0.00 |
| 257 | Daniel Springer | 0.00 | 0.00 | 0.00 |
| 258 | Richard Goebel | 0.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 259U | Employment Development Department | 1,977.53 | 0.00 | 667.93 |
| 261U | Internal Revenue Service | 1,085.42 | 0.00 | 366.61 |
| 265 | Amazon.Com, L.L.C. | 3,000,000.00 | 0.00 | 1,013,283.47 |

               Total to be paid for timely general unsecured claims:    $     1,879,701.36
               Remaining balance:    $     29.35

    Tardily filed claims of general (unsecured) creditors totaling $ 1,500.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 254 | Mark B. Aronson | 1,500.00 | 0.00 | 0.00 |
| 262 | Sharon Yee | 0.00 | 0.00 | 0.00 |

               Total to be paid for tardy general unsecured claims:    $     0.00
               Remaining balance:    $     29.35

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

               Total to be paid for subordinated claims:    $     0.00
               Remaining balance:    $     29.35

Prepared By: /s/Alfred T. Giuliano
                Trustee

Alfred T. Giuliano
Berlin Business Park
140 Bradford Drive
West Berlin, NJ  08091
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.